UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKOLAS HIAWATHA MARSHALL,<br><br>                         Petitioner,<br><br>          v.<br><br>LEANNA LUNDY, Acting Warden,<br><br>                        Respondent. | Case No. 2:24-cv-00411-VBF-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge.  The Court has engaged in de novo review of those portions of the R&R to which Petitioner has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition is DENIED and that Judgment be entered DISMISSING this action with prejudice.

Dated: December 11, 2024       /s/ Valerie Baker Fairbank

                                     HON. VALERIE BAKER FAIRBANK<br>                                     United States District Judge