JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKOLAS HIAWATHA MARSHALL,<br><br>          Petitioner,<br><br>    v.<br><br>LEANNA LUNDY, Acting Warden,<br><br>          Respondent. | Case No. 2:24-cv-00411-VBF-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated:   December 11, 2024         /s/ Valerie Baker Fairbank
                                                              _____
                                                              HON. VALERIE BAKER FAIRBANK
                                                              United States District Judge